# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No. 19-cr-532-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. KATHLEEN MCCALIB,

    Defendant.

## INFORMATION

The U.S. Attorney charges:

On or about October 1, 2016, in the State and District of Colorado, the defendant, KATHLEEN MCCALIB, did steal and knowingly convert to her own use money belonging to the United States and agencies thereof. Specifically, Defendant wrote and cashed a $3000 check out of the bank account of her deceased father, the funds for such check being composed of Social Security and civil service retirement benefits mistakenly paid after her father had died.

All in violation of Title 18, United States Code, Section 641.

JASON R. DUNN
United States Attorney

By: _____
Daniel E. Burrows
Special Assistant U.S. Attorney
U.S. Attorney's Office
1801 California St., Ste. 1600
Denver, CO 80202
Telephone: 303-454-0200
Fax:  303-454-0406
E-mail:  daniel.burrows@usdoj.gov
Attorney for Government