DEFENDANT: Kathleen McCalib

AGE/YOB: 51 (1967)

COMPLAINT FILED? ____ Yes __X__ No

If Yes, MAGISTRATE CASE NUMBER_____

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT? ___ Yes ___ No
If No, a new warrant is required

OFFENSE: 18 U.S.C. § 641, theft of government money

LOCATION OF OFFENSE: Boulder County, CO

PENALTY: NMT 10 years' imprisonment, a $250,000 fine, or both; NMT 3 years' supervised release, $100 special assessment

AGENT: Brandon Barth, Social Security OIG
Simon Mangiurea, Office of Personnel Management OIG

AUTHORIZED BY: Daniel E. Burrows
Special Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:

_X_ five days or less; ___ over five days

THE GOVERNMENT

**will not** seek detention in this case based on 18 U.S.C. § 3142(f)

The statutory presumption of detention is not applicable to this defendant.

1