IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 19-cr-00532-RM

UNITED STATES OF AMERICA,

Plaintiff,

v.

KATHY MCCALIB,

Defendant.

**NOTICE OF DISPOSITION**

    Comes now Defendant Kathy McCalib, by and through her attorney, Marc Milavitz, of the Alternative Law Office of Marc Milavitz, P.C., and hereby informs this Court that she has reached a disposition with the Government and requests that this matter be set for a Change of Plea hearing.

Respectfully submitted,

s/ Marc Milavitz                              DATED:  December 20, 2019

Marc Milavitz
The Alternative Law Office of Marc Milavitz, P.C.
Lawyer for Ms. McCalib
1733 Canyon Blvd.
Boulder, CO  80304
303-442-2166
fax: 440-4515
altlaw1@comcast.net

**CERTIFICATE OF SERVICE** (CM/ECF)

  I HEREBY CERTIFY that I have this 20th day of January, 2019, electronically filed the foregoing pleading with the Clerk of Court using the ECF system which will send notification of such filing to all counsel of record in this case.

<u>s/ Marc Milavitz</u>