**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 19-cr-00532-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. KATHLEEN MCCALIB,

    Defendant.

---

Motion to Order Clerk's Office to Accept Restitution Payments

---

    The government hereby moves the Court to order the Clerk's Office to accept restitution payments from Defendant in this case prior to the sentencing hearing. In support thereof, the government states as follows:

    1.    Defendant pleaded guilty to a single count of theft of government funds, in violation of 18 U.S.C. § 641 (2018), as part of a plea agreement with the government. (*See* Courtroom Mins., Jan. 14, 2020, at 1, ECF No. 11.)

    2.    One of the terms of that plea agreement is that Defendant pay a set amount of restitution to the Social Security Administration and the Office of Personnel Management prior to sentencing. (Plea Agreement 1, ECF No. 12.) However, the government understands that the Clerk's Office cannot collect restitution payments prior to sentencing unless the Court orders otherwise.

    3.    Therefore, in order to give effect to the parties' agreement and allow the Court to more easily monitor Defendant's compliance with that agreement, the government requests that the Court order the Clerk's Office to accept restitution

payments from Defendant prior to sentencing.

    Respectfully submitted this 19th day of February, 2020.

                                       ***Jason R. Dunn***
                                       U.S. Attorney

                                       <u>s/ Daniel E. Burrows</u>
                                       ***Daniel E. Burrows***
                                       1801 California St.
                                       Suite 1600
                                       Denver, CO 80202
                                       Telephone: (303) 454-0100
                                       FAX: (303) 454-0400
                                       E-mail: daniel.burrows@usdoj.gov
                                       Special Assistant U.S. Attorney