**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 19-cr-00532-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. KATHLEEN MCCALIB,

    Defendant.

---

## (Proposed) Order

---

    The government has moved the Court to order the Clerk of the U.S. District Court for the District of Colorado to accept restitution payments from Defendant prior to the sentencing hearing.

    On January 14, 2020, Defendant pled guilty to theft of government funds, in violation of 18 U.S.C. § 641 (2018). Defendant wishes to pay at least a portion of her restitution obligation prior to sentencing and the United States wishes to collect restitution as soon as practicable. Therefore, under the plea agreement, Defendant has agreed to pay at least $1305.40 in restitution to the Social Security Administration and $6194.60 in restitution to the Office of Personnel Management prior to sentencing. The sentencing hearing is presently scheduled for April 28, 2020.

    According to the government, however, it is the practice of the Clerk's Office to refuse pre-sentence restitution payments unless supported by a judge's order.

    Therefore, the Court ORDERS the Clerk of the U.S. District Court for the

District of Colorado to accept restitution payments from Defendant in this case prior to the sentencing hearing, effective immediately.

DATED this _____ day of _____, 2020.

_____
*Raymond P. Moore*
U.S. District Judge