## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Criminal Case No:  19-cr-00532-RM

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.     KATHLEEN MCCALIB,

        Defendant.

_____

## ENTRY OF APPEARANCE OF COUNSEL
_____

To:    The clerk of court and all parties of record

       I hereby certify that I am a member in good standing of the bar of this

court, and I appear in this case as counsel for the United States of America.

Respectfully submitted this 8TH day of June, 2020.


                JASON R. DUNN
                United States Attorney


       BY:    *s/*Bryan David Fields_____
                BRYAN DAVID FIELDS
                Assistant United States Attorney
                U.S. Attorney's Office
                1801 California Street, Suite 1600
                Denver, Colorado 80202
                Phone: (303) 454-0100
                Fax: (303) 454-0401
                Email: Bryan.Fields@usdoj.gov
                Attorney for Government

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on this 8TH day of June, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*s/Ilmira Allazova*
Legal Assistant
U.S. Attorney's Office