IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 19-cr-00532-RM

UNITED STATES OF AMERICA, Plaintiff,

v.

KATHLEEN MCCALIB

Defendant.

## DEFENDANT'S LETTERS OF SUPPORT

Comes now Defendant Kathleen McCalib, by and through her attorney, Marc Milavitz, of the Alternative Law Office of Marc Milavitz, P.C., files the following letters of support.

Respectfully submitted,

s/ Marc Milavitz                              DATED:  July 13, 2020
Marc Milavitz
The Alternative Law Office of Marc Milavitz, P.C.
Lawyer for Ms. McCalib
1733 Canyon Blvd.
Boulder, CO  80304
303-442-2166
fax 440-4515

## CERTIFICATE OF SERVICE (CM/ECF)

      I HEREBY CERTIFY that I have this 13th day of July, 2020, electronically filed the foregoing pleading with the Clerk of Court using the ECF system which will send notification of such filing to all counsel of record in this case.

      s/ Marc Milavitz