7/10/20

The Honorable Raymond P. Moore
United States District Judge
for the District of Colorado
901 19th Street
Denver, Colorado
80294

Dear Judge Moore,

My name is Brian Dolan and I am writing you on behalf of Kathleen McCalib. I have known Kathleen for over 10 years, initially as a friend of a friend but over the years we have become very good friends. I have spoken to Kathleen at great length about the charges against her and the circumstances leading up to where we are today. She knows that Theft of Government Funds is a serious situation, and she deeply regrets her actions that lead up to this. Over the past 10 years of getting to know Kathleen I feel that I know her character very well, I fully trust her in all capacities, not only financial but with what I value most in this world, my two children. I am sure that you hear this a lot, but this offense is not the character that I have seen over the last 10 years. Kathleen made an oversight and didn't rectify it, and I would fully vouch for her. Kathleen has expressed remorse for how she has handled this situation, and I know that she has relived her mistake ever since she was contacted about it and she feels awful about it.

Kathleen is an upstanding member of the community, and has a caring heart. Our family is blessed to have her as a friend. I implore you to please show lenience in this case. While I know the charge is serious, it was not done intentionally.

Please feel free to reach out to me if you have any questions.

Thank you for your time in this manner.

Sincerely,

Brian Dolan
303-587-2246

Ex. A.

The Honorable Raymond P. Moore
United States District Judge
for the District of Colorado
901 19th Street
Denver, Colorado
80294

Your Honor –

    I am drafting this letter as a character witness statement in support of Kathleen McCalib, who is my mentor, my manager, and my trusted friend. I have known Kathleen as a coworker at Spruce Confections for a little over three years, and I accepted a role as her department assistant manager in June of 2019. We have become a highly effective and cohesive team in the last year, and, knowing how much value I place on transparency, she told me in March of 2020 that she had been charged with Theft of Government Funds. She began with the phrase: "This is completely my fault." I observed Kathleen's anguish at having to present this to me – worried about my reaction, no doubt, but also the weight of the self-blame, the remorse, and the defeat. She cried during this meeting and apologized to me for letting me down; she has done so multiple times since then. The pain that this situation causes her is obvious and acute.

    I assured Kathleen that her admission and apology only further raised my respect for her. I feel honored that she trusts me with knowledge of her crisis, as I have so much love and trust for her. This is a woman who would sacrifice her time, safety, and comfort to assure that others do not go without, both in and out of the workplace. Her moral compass is inalienable. She holds true to her word, makes no promises that she does not plan to keep. I can always trust her to be accountable, and to hold me and others to those same standards. The community that she has built in our shared workplace is nothing short of amazing – our employees are incredibly efficient, enjoy one another's company, communicate well, and know that there is boundless support for their needs both as a team and as individuals.

    Kathleen is a vivacious, intelligent, sensitive, and creative. She has made a loving family life with her partner and their treasured dogs, and she has always made it clear to the people she cares about that they, too are a part of that family. She has given me a great amount of her personal time and her energy and has held space for me in ways that have helped me heal and grow since the moment I met her. I only very recently lost a dear friend to ovarian cancer, and Kathleen made certain that, even in her own state of crisis, even amidst the pandemic and the complications it presented with work, I had the flexibility and freedom to attend to that woman and her family while she was in home hospice care. Kathleen was also the first person I called when my friend died, and she held that space and helped ground me with the knowledge that I had her support and love. All while she was processing her own grief and anxiety and preparing herself to accept the ruling over her case. She is utterly selfless.

    Your Honor, removing Kathleen McCalib from the community in which she is a pillar would be a disservice to that community. Those of us who have the privilege to know her are

each fortunate to have access to her support and leadership, and to her good and caring heart. We are better because of her.

Thank you for your consideration of this letter as you make your assessment. If you have any further questions, I will gladly provide the answers.

Sincerely,

Alana R. Wroblewski
1554 Cottonwood Avenue
Lafayette, CO 80026
(303)-917-3251

07/08/2020

The Honorable Raymond P. Moore
United States District Judge
for the district of Colorado
901 19th Street
Denver, Colorado
80294

Your Honor,

    I am writing as a character witness on behalf of Kathleen McCalib. I have known Kathleen McCalib as a friend and colleague since 1986, when we met while working at the Hyatt Regency Tampa. Kathleen recently came to me and explained her situation regarding the charge of: Theft of Government Funds. I am certain what she told me could not be possible, as theft is not in her nature, and that there must be a mistake. I am aware that the serious nature of her situation consumes Kathleen's waking moments, disrupts her sleep, and places tremendous stress on her personal and professional life. I correspond with Kathy regularly and I bear witness to her remorse and self-persecution due to her lack of knowledge and inexperience at the time.

    Kathleen is always professional, exhibiting outstanding work ethic, and is held in highest regard by her peers. Kathleen's employer promised to welcome her back, regardless of the outcome and duration of this matter, a testament of her character and moral fiber. I know Kathleen as humble, friendly and respected. Kathleen always shared a special bond with her father, as most daughters do. After the death of her mother, Kathy was told by her father that she would inherit money upon his death. Kathleen put the conversation behind her, but not long after her father died suddenly. Kathleen trusted that her father had things in order and never questioned the inheritance as she went through the grieving process.

    I believe that while people may make mistakes, it does not make them bad people. As a lifelong friend and colleague, and based on her deep remorse, I trust Kathleen. I do not believe Kathleen's actions to be malicious or premeditated. Though, I do believe that she has learned a great deal from her mistake, and I plead for leniency on her behalf. If you should have further questions, please feel free to contact me. Thank you for your time and consideration on this matter.

Sincerely,

Kathlene L. Coffield
3781 F 1/4 Rd.
Palisade, Co. 81526
720 597 1313

July 11, 2020

The Honorable Raymond P. Moore

United States District Judge

for the District of Colorado

901 19th Street

Denver, Co  80294

Dear Judge Moore:

I am writing this letter as a Character witness for Kathleen McCalib.  I have known Kathleen for 10 years.  She is my daughter's (Melissa Lewis) partner.

I am aware that Kathleen has been charged with the specific offence they have been charged with: Theft of Government Funds.  I would absolutely trust Kathleen in any financial situations.  If I were to loan her any amount of money, I would completely trust her to pay me back in a timely manner.

Kathleen is devastated that she has been charged with Theft of Government Funds. The indictment has extremely affected her personal and mental well being.

Kathleen has many positive qualities.  She is honest, loyal, faithful, funny, hard working, loves sports, an amazing cook and has a very tender heart.  She is a caring partner and loves her dogs as her children.  She loves the outdoors and enjoys camping.  She is frugal with her money and is working two jobs to help relieve some of the debt owed to the government.  A good example of Kathleen's unselfish behavior was when my daughter, her partner, had a serious head injury 10 years ago.  Kathleen was at her side, always attentive, and made sure that my daughter's health was her priority.  Kathleen has been her faithful partner for these 10 years.

Again, I would most wholeheartedly attest to Kathleen's positive character.

I reaffirm my recommendation of Kathleen as a person of strong character and a faithful friend. She is like another daughter to me.

If you have any further questions, please contact me at 703-568-3423.

Thank you for your time and consideration of Kathleen's case.

Sincerely,


Penelope Lewis

1385 Stoeham St.

Superior, Co 80027