# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No.   1:19-cr-00532

UNITED STATES OF AMERICA,

     Plaintiff,

v.

1.     KATHLEEN MCCALIB

     Defendants.

---

## GOVERNMENT'S MOTION TO GRANT THE DEFENDANT AN ADDITIONAL ONE-LEVEL DECREASE PURSUANT TO U.S.S.G. §  3E1.1(b)

---

The United States of America, by Jason R. Dunn, United States Attorney, through Bryan David Fields, Assistant United States Attorney, at sentencing, and as a condition thereof, moves the Court for an order granting the defendant an additional one-level decrease in the offense level for acceptance of responsibility pursuant to the United States Sentencing Guidelines Section 3E.1.(b).   The defendant's agreement to plead guilty and timely notice thereof permitted the government to avoid preparing for trial and permitted both the government

. . . .

. . . .

. . . .

. . . .

. . . .

1

and the Court to allocate their resources more efficiently.

                              Respectfully Submitted

                              JASON R. DUNN
                              UNITED STATES ATTORNEY

                              by:   */s/ Bryan David Fields*
                              BRYAN DAVID FIELDS
                              Assistant United States Attorney
                              United States Attorney's Office
                              1801 California Street, Suite 1600
                              Denver, Colorado 80202
                              (303) 454-0100 (phone)
                              (303) 454-0403 (fax)
                              bryan.fields3@usdoj.gov (email)

**CERTIFICATE OF SERVICE** (CM/ECF)

**I HEREBY CERTIFY** that I have, this 16th day of July, 2020 I electronically filed the foregoing Motion with the Clerk of Court using the ECF system, which will send notification of such filing to all counsel of record.

> by: */s/ Bryan David Fields*
> BRYAN DAVID FIELDS
> Assistant United States Attorney
> United States Attorney's Office
> 1801 California Street, Suite 1600
> Denver, Colorado 80202
> (303) 454-0100 (phone)
> (303) 454-0403 (fax)
> bryan.fields3@usdoj.gov (email)