**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

| | |
|---|---|
| Courtroom Deputy:  Cathy Pearson<br>Court Reporter:  Tammy Hoffschildt (VTC)<br>Probation:  Gary Kruck (VTC) | Date:  July 16, 2020<br>Interpreter:  n/a |

**CASE NO.   19-cr-00532-RM**

| Parties | Counsel |
|---|---|
| UNITED STATES OF AMERICA, | Bryan Fields |
|         Plaintiff, | |
| v. | |
| 1.  KATHLEEN MCCALIB, | Marc Milavitz |
|         Defendant. | |

**COURTROOM MINUTES**

**SENTENCING HEARING – Video Teleconference**
**COURT IN SESSION:       10:35 a.m.**
Appearances of counsel.   Defendant is present and on bond.

Discussion held regarding how to proceed with this hearing.

Defendant entered her plea on January 14, 2020, to Count 1 of the Information.   The Court formally accepts the Plea Agreement at this hearing.

Discussion held regarding pending motions and objections.

**ORDERED:**   Government's Motion to Grant the Defendant an Additional One-level Decrease Pursuant to U.S.S.G. § 3E1.1(b) (Doc. 31) is GRANTED.

Friends of the defendant address the Court.

Argument given regarding sentencing.

Defendant addresses the Court.

Statement by the Court regarding the defendant's offense level, criminal history level, and sentencing guidelines range.

Court states its findings and conclusions.

**ORDERED:** Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the Court that the defendant, KATHLEEN MCCALIB, is hereby committed to the custody of the Attorney General to be **imprisoned** for a term of **eight (8) months.**

Court RECOMMENDS that the Bureau of Prisons place the defendant at a facility as near as possible to the District of Colorado, taking into account all appropriate factors.

**ORDERED:** Upon release from imprisonment, the defendant shall be placed on **supervised release** for a period of **three (3) years.**

**ORDERED:** While on supervised release, the defendant shall comply with all mandatory conditions of supervised release as required by law, all standard conditions of supervised release as required by this Court, and the special conditions of supervised release as stated on the record.

**ORDERED:** Defendant shall pay **$100** to **Crime Victim Fund** (Special Assessment), to be paid immediately.

**ORDERED:** **No fine** is imposed, because the defendant has no ability to pay a fine.

**ORDERED:** Defendant shall make **restitution** in the amount of **$429,454.46 as stated on the record and set forth in the Presentence Investigation Report. Interest on the restitution amount is waived.**

Defendant is advised of her right to appeal the sentence imposed by the Court.

**ORDERED:** Any notice of appeal must be filed within 14 days.

**ORDERED:** The defendant shall voluntarily surrender and report to the institution designated by the Bureau of Prisons within 15 days from the date of designation.

**ORDERED:** Bond is continued.

**Court in recess:** 12:32 p.m.
Hearing concluded.
Total time: 1:57