IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 1:19-cr-00532-RM-1

UNITED STATES OF AMERICA,

        Plaintiff,

v.

Kathleen McCalib,

        Defendant.

## ORDER TO SURRENDER IN LIEU OF
## TRANSPORTATION BY THE UNITED STATES MARSHAL

      IT IS ORDERED that Defendant, Kathleen McCalib, having been sentenced in the above-named case to the custody of the Bureau of Prisons, is to surrender herself by reporting to the Warden, FCI Waseca, 1000 University Drive SW, Waseca, Minnesota 56093, on August 5, 2020, by 12:00 p.m., and will travel at her own expense.

      DATED at Denver, Colorado, this __24th__ day of July, 2020.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge